1:17-CV-2972

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

SHELIA MARIAH BOLAR

                            Plaintiff

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG -7 2017

JAMES N. HATTEN, Clerk
By J. Branson Deputy Clerk

v.

SHAUN L. HARRIS, et al.
                            Defendants.

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW COMES Plaintiff Shelia Mariah Bolar, Pro Se, by and through herself, petitioning this court to grant Plaintiff's motion for leave to file an amended complaint, pursuant to Rule 15(B) of the Federal Rules of Civil Procedure and pursuant to Foman v. Davis 371 U.S. 178 (1962) and Conley v. Gibson 355 U.S. 41 (1957).

Plantiff, in an urgent effort to get this matter before this court, under acute threat of Plaintiff's safety, security and wellbeing, after having been repeatedly hindered from doing so, including but not limited to Plaintiff's apartment being repeatedly burglarized by persons acting on behalf of and in concert and participation with Defendant law enforcement agencies and with Omaha Police Departments and a host of other co-conspirators, who are parties to said ongoing racketeering scheme and criminal conspiracy, as established in Plaintiff's

incomplete complaint, during which time said drafts of this instant civil complaint were repeatedly stolen and/or destroyed; expects to have said complaint completed and filed within seven days of the court having received said incomplete complaint and this instant motion for leave to file an amended complaint.

Respectfully,


_____
Signature

_____
Date