IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEILA M. BOLAR, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 1:17-CV-2972-SCJ |
| v. | : |
| SHAUN L. HARRIS, et al, | : |
| Defendants. | : |

ORDER

This matter appears before the Court on Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. [3]). Plaintiff's motion is hereby **GRANTED**. Plaintiff shall file an amended complaint on or before **September 18, 2017**. Failure to a lawful order of the court may result in this case being dismissed.

IT IS SO ORDERED, this 28th day of August, 2017.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)