IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEILA M. BOLAR, | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 1:17-CV-2972-SCJ |
| v. | : |
| SHAUN L. HARRIS, et al, | : |
| Defendants. | : |

### ORDER

A review of the record shows that the Court granted Plaintiff until September 18, 2017 to file an amended complaint. Doc. No. [5]. The Court also provided notice that failure to comply with the Court's order could result in dismissal of the case. Id. To date, Plaintiff has not complied with the Court's order.[1] Pursuant to Local Rule 41.3(A)(2), the Court hereby **DISMISSES this case WITHOUT PREJUDICE** for failure to obey a lawful order of the court.

IT IS SO ORDERED, this 28th day of September, 2017.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] The Court further recognizes that Plaintiff called the Court's chambers in regard to her delay in compliance; however, a phone call does not satisfy the Court's order to file an amended complaint.

AO 72A
(Rev.8/82)