UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHEILA M. BOLAR,

        Plaintiff,

v.

SHAUN L. HARRIS, et al.

        Defendants.

CIVIL ACTION FILE

NO. I:17-CV-2972-SCJ

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, on this Court's Order of August 29, 2017, and the Plaintiff having failed to comply with said order, it is

**Ordered and Adjudged** that this action is **dismissed without prejudice** for failure to obey a lawful order of the court pursuant to Local Rule 41.3(A)(2).

Dated at Atlanta, Georgia, this 29th day of September, 2017.

                              JAMES N. HATTEN
                              CLERK OF COURT

            By:    s/Rebecca Spratt
                      Deputy Clerk

Prepared and Entered
in the Clerk's Office
   September 29, 2017
James N. Hatten
Clerk of Court

By: s/Rebecca Spratt
      Deputy Clerk